# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

138347-8

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

McKAY CONSULTING, INC.,
           Plaintiff-Appellee,

v

                        SC: 138347-8
                        COA: 273196, 273132

OAKWOOD HEALTHCARE, INC.,
           Defendant-Appellant,
and

                        Wayne CC: 04-411858-CK

HENRY FORD HEALTH SYSTEM and ST.
JOHN HEALTH,
           Defendants.

_____/

      On order of the Court, the application for leave to appeal the January 20, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009                                   _____
0615                                           Clerk